**Order entered February 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01589-CV

### IN THE INTEREST OF E.W.M., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53699-2018**

### ORDER

Before the Court is appellant's February 23, 2020 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 27, 2020.

We note appellant's motion does not include the required certificate of conference. *See* TEX. R. APP. P. 10.1(a)(5). We caution appellant that all further motions shall include the certificate.

/s/     ERIN A. NOWELL
           JUSTICE